Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda F. Riley - 284440
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
ariley@ellislawgrp.com

Attorneys for Defendant COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

Stuart Price –150439
PRICE LAW GROUP
15760 Ventura Boulevard
Suite 830
Encino, CA 91436

Attorneys for Plaintiff JESS WHISENHUNT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| JESS WHISENHUNT,<br><br>     Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF THE HUDSON VALLEY, INC.,<br><br>     Defendant. | Case No.: 5:15-CV-02325-VAP-SP<br><br>**NOTICE OF SETTLEMENT** |

- 1 -

NOTICE OF SETTLEMENT

NOW COMES THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. The Parties request that this Honorable Court allow sixty (60) days with which to file a formal dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

THE PARTIES also requests that the Scheduling Conference scheduled for Monday, February 29, 2016 be vacated. A Proposed Order has been filed concurrently with the Notice of Settlement.

Dated: February 26, 2016

ELLIS LAW GROUP LLP

By /s/ Andrew M. Steinheimer
Andrew M. Steinheimer
Attorney for Defendant
COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

Dated: February 26, 2016

PRICE LAW GROUP

By /s/ Stuart W. Price
Stuart W. Price
Attorney for Plaintiff
JESS WHISENHUNT

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On February 26, 2016, I served the following document(s) on the parties in the within action:

## NOTICE OF SETTLEMENT

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Stuart Price<br>PRICE LAW GROUP<br>15760 Ventura Boulevard<br>Suite 830<br>Encino, CA 91436 | Attorneys for Plaintiff<br>Jess Whisenhunt |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 26, 2016.

By: *(signature)*
Jennifer Mueller