JS-6

# UNITED STATES DISTRICT COURT
# CENTAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JESS WHISENHUNT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COLLECTION BUREAU OF THE HUDSON VALLEY, INC.,<br><br>　　　　Defendant. | Case No.: 5:15-cv-02325-VAP-SP<br><br><br>**ORDER** |

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the claim of Plaintiff Jess Whisenhunt against Defendant Collection Bureau of the Hudson Valley, Inc., are dismissed. The dismissal of this action will be with prejudice. Parties agree to bear their own attorneys' fees and costs. .

IT IS SO ORDERED.

Dated: April 12, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Virginia A. Phillips
　　　　　　　　　　　　　　　　　　United States District Court